FEBRUARY 3, 1949

No. 7659-▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Carson Pirie Scott & Co. v. United States. Entered at Chicago, Ill. Reap. Dec. 7635. Motion by plaintiff.